IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2008 MAR 31  P 4:21

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | MISC NO. 2:08-mc-3408-WKW |
| v.   ) | |
| ) | |
| MANPOWER INTERNATIONAL INC.,   ) | |
| GADSDEN, AL,   ) | |
| ) | |
| Garnishee,   ) | |
| ) | |
| JONATHAN SPEARS,   ) | |
| ) | |
| Defendant.   ) | |

## APPLICATION FOR WRIT OF GARNISHMENT

The United States of America makes application in accordance with 28 U.S.C. Section 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the Judgment in Criminal Case No. <u>2:01CR000068</u> entered against the defendant, JONATHAN SPEARS; the last four digits of defendant's Social Security Number are XXX-XX-0961; whose last known address is 509 Padenreich Avenue, Gadsden, Alabama 35903, in the above cited action in the amount of $39,542.19, plus costs and interest. There is a balance due of $43,008.62, as of March 27, 2008.

Demand for payment of the above-stated debt was made upon the debtor not less than 30 days from March 27, 2008, but defendant has

failed to satisfy this debt.

The Garnishee is believed to owe or will owe money to the judgment debtor, or is in possession of property of the debtor, in which the debtor has a substantial non-exempt interest.

The name and address of the Garnishee or his authorized agent is:

MANPOWER INTERNATIONAL INC.
201 SOUTH FIRST STREET
GADSDEN, AL 35901

DATED: March 27, 2008

LEURA G. CANARY
UNITED STATES ATTORNEY

BY: _____
R. RANDOLPH NEELEY
Assistant United States Attorney
Bar Number: 9083-E56R
Attorney for Plaintiff
Post Office Box 197
Montgomery, AL 36101
Telephone: (334) 223-7280
Facsimile: (334) 223-7201
E-Mail: rand.neeley@usdoj.gov