**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

**RETURNED AND FILED**

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | Misc No. 2:08-mc-3408-WKW |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Jonathan Spears | Application, Instructions, Notice, Writ |

AUG 22

**SERVE AT:** NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

CLERK
Jonathan Spears     U.S. DISTRICT COURT
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
MIDDLE DIST. OF ALA.
509 Padenreich Avenue, Gadsden, AL 35903

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

United States Attorney's Office
Attn: M. Tunnell
131 Clayton Street
Montgomery, AL 36104

| | |
|---|---|
| Number of process to be served with this Form 285 | 4 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of:  ☑ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 334-223-7280
DATE: 3/27/08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 2 | District to Serve No. 1 | Signature of Authorized USMS Deputy or Clerk  K. Chaney  Jellis | Date 4/4/08  4/2/08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

| Date | Time | |
|---|---|---|
| 8/4/08 | 11:51 | ☑ am ☐ pm |

Signature of U.S. Marshal or Deputy
Karen Brook

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 90.00 | 95.95 | 8.00 | 193.95 | | $0.00 |

REMARKS: 4/7/08 FWD to N/AL
04-21-08 - 1 ENDEAVOR / 2 DEEMS / 3 HRS / 190 MILES AT - AS
7/31/08 C.M. # 7002 2410 0002 4887 1770

8/4/08 Received green card signed "Jonathan Spears"

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jonathan Spears
509 Padenreich Ave.
Gadsden, AL 35903

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]   ☐ Agent
              ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Jonathan Spears                 8-1-08

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. 7002 2410 0002 4887 1770

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540